# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> (For **Revocation** of Probation or Supervised Release) |
| v. | Case Number:  00-cr-00036-WDM-01 |
| DOMINIC FLORES | USM Number:  29411-013 |
| | Michael J. Andre, Retained <br> (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1, 2, 3, 4, 5 and 7, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of violations 1 through 7, as alleged in the probation officer's petition.

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to Report to the Probation Officer as Directed | 01/26/06 |

    The defendant is sentenced as provided in pages 2 through 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

    It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

May 9, 2006
Date of Imposition of Judgment

s/ Walker D. Miller
Signature of Judge

Walker D. Miller, U.S. District Judge
Name & Title of Judge

May 11, 2006
Date

DEFENDANT:  DOMINIC FLORES
CASE NUMBER:  00-cr-00036-WDM-01                                                         Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | Failure to Submit Monthly Supervision Report | 01/05/06 |
| 3 | Failure to Work Regularly | 01/30/06 |
| 4 | Falsifying Written Reports | 08/30/05 |
| 5 | Possession and Use of a Controlled Substance | 01/04/06 |
| 6 | Possession and Use of a Controlled Substance | 01/27/06 |
| 7 | Failure to Participate in Drug Treatment as Directed by the Probation Officer | 01/19/06 |

DEFENDANT: DOMINIC FLORES
CASE NUMBER: 00-cr-00036-WDM-01                                                                 Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of four (4) months.

The court recommends that the Bureau of Prisons credit the defendant for presentence confinement.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

DEFENDANT:  DOMINIC FLORES
CASE NUMBER:  00-cr-00036-WDM-01                                        Judgment-Page 4 of 3

By _____
                Deputy United States Marshal